DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Plaintiff/Reorganized Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Steven R. Schoenfeld, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

| | |
|---|---|
| METRO NEWSPAPER ADVERTISING SERVICES, INC., | Chapter 11<br>Case No. 17-22445(RDD) |
| Debtor. | |

------------------------------------------------------------X
METRO NEWSPAPER ADVERTISING
SERVICES, INC.,

| | |
|---|---|
| Plaintiff, | Adversary Proceeding<br>No. 18-08242-rdd |
| v. | |
| CW PUBLISHING GROUP, | |
| Defendant | |

------------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE FROM MAY 31, 2018 TO SEPTEMBER 17, 2018

**PLEASE TAKE NOTICE** that the pretrial conference in this adversary proceeding currently scheduled for May 31, 2018 at 10:00 a.m. at the United States Bankruptcy Court for the Southern District of New York at 300 Quarropas Street, Courtroom 118, White Plains, New York has been adjourned to September 17, 2018 at 10:00 a.m. at the same location.

1

Dated: White Plains, New York
      May 7, 2018

                                              DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP
*Attorneys for the Plaintiff/Reorganized Debtor*
One North Lexington
White Plains, New York 10601
(914) 681-0200

By: */s/ Steven R. Schoenfeld*
Steven R. Schoenfeld, Esq.

To: All Parties Receiving ECF Notifications and by E-Mail to the Defendant

2